THE STATE, EX REL. GRIMSHAW, PROS. ATTY., *v.* ATKINS.

(No. 78-918—Decided November 15, 1978.)

*Mr. Lynn A. Grimshaw*, prosecuting attorney, *pro se.* *Richard L. Eisnaugle Co., L. P. A.*, and *Mr. Richard L. Eisnaugle*, for respondent .

*Per Curiam.* This court's original jurisdiction in quo warranto cannot be limited by city charter. *State, ex rel. Highland Heights,* v. *Kee* (1975), 42 Ohio St. 2d 234, 235.

By removing himself from the Sixth Ward respondent has forfeited his office pursuant to Section 3 of the Portsmouth city charter. The writ of quo warranto is allowed.

*Writ allowed.*

LEACH, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.